☒ FILED  ☐ LODGED
**Dec 02 2021**
CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# RETURN

Case No.: **21-00535MB**

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11/23/2021 | 11/24/2021 10:00 AM | AUSA Rui Wang |

INVENTORY MADE IN THE PRESENCE OF  Special Agents Ben Pulliam and Jason Kirk

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

WhatsApp Chats, text messages, video and audio files, call logs, contact lists

# NOT EXECUTED

☐ This Warrant was Not Executed.
*(check this box if the warrant was never executed and leave the sections above blank.)*

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned to the designated judge.

Date: 12/02/2021

_____
Executing Officer's Signature

Jason Kirk, Special Agent, HSI
Printed Name and Title